## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| VETORIA BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-00298-JMS-DML |
| | ) |
| CORELOGIC SAFERENT, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, identifies below a preliminary list of witnesses and exhibits that Experian may call to testify or use at any trial of this matter. Experian reserves the right to amend and/or supplement these lists after the completion of discovery.

### PRELIMINARY WITNESS LIST

1. Mary Methvin, Specialist, Consumer Affairs Special Services Consumer Litigation, Experian;

2. Plaintiff Vetoria Barnett;

3. Any and all witnesses listed by Plaintiff;

4. Any and all witnesses listed by Defendant CoreLogic SafeRent;

5. Any and all witnesses listed by Defendant Trans Union LLC;

6. Any and all expert witnesses, if applicable; and

7. Any witness necessary for rebuttal or impeachment.

- 2 -

## PRELIMINARY EXHIBIT LIST

1. Consumer disclosures for Plaintiff Vetoria Barnett;

2. Communications between Experian and Plaintiff regarding the account at issue in this case;

3. Any exhibits identified or offered by any other party;

4. The parties' responses to written discovery requests;

5. Any exhibits identified or submitted in depositions after this Exhibit List is submitted to the Court;

6. All depositions and exhibits to depositions;

7. All documents produced by non-parties through discovery, including documents produced from subpoenas;

8. All expert witness reports, files, notes and other documents, if any;

9. Any documentary evidence necessary for rebuttal or impeachment; and

10. Demonstrative and/or summary exhibits.

Dated: August 4, 2016		Respectfully submitted,

*/s/ Logan C. Hughes*
Logan C. Hughes (IN# 24953-53)
REMINGER CO., L.P.A.
Three Parkwood, Suite 150
450 E. 96th Street
Indianapolis, IN  46240
Tel. 317-853-7367
Fax. 317-663-8580
lhughes@reminger.com

A. James Spung
*Admitted Pro Hac Vice*
JONES DAY
1420 Peachtree St. N.E.
Suite 800
Atlanta, GA 30309
Tel. 404-581-8971
Fax. 404-581-8330
jspung@jonesday.com

***Attorneys for Defendant***
***Experian Information Solutions, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing on August 4, 2016, using the Court's CM/ECF system, which will effectuate service upon all counsel of record in the above-captioned action.

 */s/ Logan C. Hughes*
Logan C. Hughes

***Counsel for Defendant Experian Information Solutions, Inc.***