UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VETORIA BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-00298-JMS-DML |
| | ) |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC f/k/a CoreLogic SafeRent, LLC, *et al.* | ) ) ) |
| | ) |
| Defendants. | ) |

## Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on defendant Experian Information Solutions, Inc.'s motion for admission *pro hac vice* of Uchenna Ekuma-Nkama. Having considered the motion, the court determines it should be GRANTED. Therefore, Uchenna Ekuma-Nkama is granted leave to appear *pro hac vice* in this case on behalf of defendant Experian Information Solutions, Inc. The court FURTHER ORDERS that Uchenna Ekuma-Nkama register as a user of the court's electronic case filing system by October 27, 2016. Failure to register could result in the revocation of admission *pro hac vice*.

So ORDERED.

Date: October 13, 2016

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

Uchenna Ekuma-Nkama
JONES DAY
1420 Peachtree St. N.E.
Atlanta, GA 30309