**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**
**Indianapolis Division**

| | |
|---|---|
| VETORIA BARNETT ) | |
| Plaintiff(s), ) | |
| vs. ) | 1:16−cv−00298−JMS−DML |
| ) | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC, et al. ) | |
| Defendant(s). ) | |

# ORDER TO FILE STATEMENT OF CLAIMS

On December 10, 2013, this Court revised its Uniform Case Management Plan for Civil Cases to include Section II.D, which provides as follows:

> Within 14 days after the non−expert discovery deadline, and consistent with the certification provisions of Fed. R. Civ. Proc. 11(b) the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

*See* Southern District of Indiana website, http://www.insd.uscourts.gov/case−management−plans.

If the Case Management Plan in the above−captioned case does not include Section II.D as quoted above, the Court **AMENDS** the parties' Case Management Plan to include Section II.D and the parties shall file the appropriate statement.

If the Case Management Plan in the above−captioned case already includes Section II.D as quoted above, the Court **REMINDS** the parties of their obligation to file the appropriate statement.


Date: October 17, 2016

    s/ Jane Magnus−Stinson
Judge, United States District Court
Southern District of Indiana


**Distribution to counsel of record via CM/ECF**