UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VETORIA BARNETT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC F/K/A CORELOGIC SAFERENT, *ET AL.*, | ) ) ) | 1:16-CV-0298 JMS-DML |
| | ) | |
| DEFENDANTS. | ) | |

JOINT STIPULATION OF DISMISSAL OF DEFENDANT
CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC (ONLY) WITHOUT PREJUDICE

COME NOW Plaintiff Vetoria Barnett and Defendant Corelogic Rental Property Solutions, LLC and jointly stipulate that Corelogic Rental Property Solutions, LLC is due to be dismissed from this action without prejudice, costs taxed as paid. The dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against the remaining Defendant Experian Information Solutions, Inc.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (admitted *pro hac vice*)
THE ADKINS FIRM, P.C.
301 19th Street North, Suite 581
Birmingham, Alabama 35203
Telephone:   205-458-1204
Facsimile:    205-208-9632
Email: MicahAdkins@ItsYourCreditReport.com


*/s/ Ronald I. Raether, Jr*.
Ronald I. Raether, Jr. (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400

1

        Irvine, California 92614
        Telephone; (949) 622-2722
        Facsimile: (949) 622-2739
        Email: ronald.raether@troutmansanders.com
        *Counsel for Defendant, Corelogic Rental Property Solutions, LLC f/k/a Corelogic Saferent, LLC*

### CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2016, I filed the foregoing document using CM/ECF system, which will serve electronic notice of same on the following counsel of record:

Ronald I. Raether, Jr.
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614

Jenai M. Brackett
FROST BROWN TODD, LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

Logan C. Hughes
REMINGER CO., L.P.A.
Three Parkwood, Suite 150
Indianapolis, IN 46240

Uchenna Ekuma-Nkama
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309

Andrew M. Lehmann
Franci G. Fealk
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

        */s/ Micah S. Adkins*
        Micah S. Adkins