UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VETORIA BARNETT, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: |
| | ) |
| CORELOGIC RENTAL PROPERTY | ) |
| SOLUTIONS, LLC F/K/A | ) |
| CORELOGIC SAFERENT, *ET AL.*, | )   1:16-CV-0298 JMS-DML |
| | ) |
|     DEFENDANTS. | ) |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Vetoria Barnett, by counsel, and Defendant Corelogic Rental Property Solutions, LLC, by counsel, having filed their Stipulation of Dismissal Without Prejudice Between Plaintiff and Defendant Corelogic Rental Property Solutions, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE ORDERED that all claims of Plaintiff Vetoria Barnett against Corelogic Rental Property Solutions, LLC, are dismissed, without prejudice. Plaintiff Vetoria Barnett and Defendant Corelogic Rental Property Solutions, LLC shall each bear their own costs and attorneys' fees. The dismissal shall not affect any other right, claim or cause of action which Plaintiff has against the remaining Defendant Experian Information Solutions, Inc.

Date: November 2, 2016

                                            Hon. Jane Magnus-Stinson, Judge
                                            United States District Court
                                            Southern District of Indiana

Copies to counsel of record electronically registered.