UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VETORIA BARNETT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| CORELOGIC RENTAL PROPERTY ) | |
| SOLUTIONS, LLC F/K/A ) | |
| CORELOGIC SAFERENT, *ET AL.*, ) | 1:16-CV-0298 JMS-DML |
| ) | |
| DEFENDANTS. ) | |

JOINT STIPULATION OF DISMISSAL OF DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

COMES NOW Plaintiff Vetoria Barnett and Defendant Experian Information Solutions, Inc. ("Experian") and jointly stipulate that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  The Court shall retain jurisdiction to enforce the terms of the settlement.  Each side shall bear her or its own attorneys' fees and costs incurred herein.  costs taxed as paid.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (admitted *pro hac vice*)
THE ADKINS FIRM, P.C.
301 19th Street North, Suite 581
Birmingham, Alabama 35203
Telephone:    205-206-6718
Facsimile:    205-208-9632
Email: MicahAdkins@ItsYourCreditReport.com

*/s/ Uchenna Ekuma-Nkama*

1

        Uchenna Ekuma-Nkama (*admitted pro hac vice*)
        JONES DAY
        1420 Peachtree Street, N.E., Suite 800
        Atlanta, Georgia 30309
        Telephone: 404.581.3939
        Facsimile: 404.581.8330
        Email: uekumankama@jonesday.com
        *Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

        I hereby certify that on December 23, 2016, I filed the foregoing document using CM/ECF system, which will serve electronic notice of same on the following counsel of record:

Ronald I. Raether, Jr.
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614

Jenai M. Brackett
FROST BROWN TODD, LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

Logan C. Hughes
REMINGER CO., L.P.A.
Three Parkwood, Suite 150
Indianapolis, IN 46240

Uchenna Ekuma-Nkama
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309

Andrew M. Lehmann
Franci G. Fealk
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

        */s/ Micah S. Adkins*
        Micah S. Adkins